| | |
|---|---|
| **GRANTED**<br>Within 10 days from the date of this order, the moving party is directed to furnish a copy of this order to any pro se party who has entered an appearance in this action. | *Kirk S. Samelson*<br>Kirk S. Samelson<br>District Court Judge<br>Date of order indicated on attachment |

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 South Tejon St.<br>Colorado Springs, CO 80903<br>Telephone: 719-448-7650 | **EFILED Document**<br>**CO El Paso County District Court 4th JD**<br>**Filing Date: Jan  3 2011  4:04PM MST**<br>**Filing ID: 35157341**<br>**Review Clerk: Kathy Livornese** |
| **Plaintiff:** MARC HARRIS KAPLAN<br><br>vs.<br><br>**Defendants:** GMAC MORTGAGE CORPORATION, NEW CENTURY MORTGAGE COMPANY, THE BANK OF NEW YORK MELLONS TRUST COMPANY, NATIONAL ASSOCIATION AKA THE BANK OF NEW YORK TRUST COMPANY, N.A., JP MORGAN CHASE BANK, N.A., R.K. ARNOLD, and/or his successor, individually, and in his official capacity as PRES/CEO EMC MORTGAGE CORPORATION, KEITH A. GANTENBEIN, JR., THOMAS S. MOWIE, PUBLIC TRUSTEE EL PASO COUNTY in his official capacity, ABC COMPANY AND JOHN DOES (Additional Companies, Officers and Investors to be Identified) | ▲COURT USE ONLY▲<br><br>Case No.: 2010 CV 41<br><br>Div. 14    Ctrm.  S502 |
| **ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING** | |

The Court, having reviewed the Unopposed Motion for Enlargement of Time Within Which to File a Responsive Pleading filed by Defendant Keith A. Gantenbein, Jr., all responses filed thereto, and being otherwise fully advised in the premises, hereby:

ORDERS that the Unopposed Motion for Enlargement of Time Within Which to File a Responsive Pleading is GRANTED.

Defendant Keith A. Gantenbein, Jr. is granted an additional twenty days through and including January 24, 2011 within which to file a responsive pleading.

Dated this ___ day of January, 2011.

BY THE COURT:

_____
District Court Judge

**Exhibit B-18**

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | CO El Paso County District Court 4th JD |
| **Judge:** | Kirk Stewart Samelson |
| **File & Serve Transaction ID:** | 35151992 |
| **Current Date:** | Jan 03, 2011 |
| **Case Number:** | 2010CV41 |
| **Case Name:** | KAPLAN, MARC HARRIS vs. GMAC MORTGAGE CORPORATION et al |
| **Court Authorizer:** | Kirk Stewart Samelson |