| *GRANTED* Within 10 days from the date of this order, the moving party is directed to furnish a copy of this order to any pro se party who has entered an appearance in this action. | *Kirk S. Samelson* (signature)<br>Kirk S. Samelson<br>District Court Judge<br>Date of order indicated on attachment |
|---|---|

**EFILED Document**
**CO El Paso County District Court 4th JD**
**Filing Date: Jan  4 2011 11:26AM MST**
**Filing ID: 35173326**
**Review Clerk: Kathy Livornese**

| | |
|---|---|
| **DISTRICT COURT, EL PASO COUNTY, STATE OF COLORADO**<br><br>Court Address:<br>270 South Tejon<br>P.O. Box 2980<br>Colorado Springs, Colorado  80903 | |
| **Plaintiff:**<br>MARC HARRIS KAPLAN<br><br>v.<br><br>**Defendants:**<br>GMAC MORTGAGE CORPORATION, et al. | ▲**COURT USE ONLY**▲ |
| | Case Number:  10CV41<br><br>Division/Courtroom:  14 |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

      **THIS MATTER** comes before the Court on GMAC Mortgage, LLC's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.  Upon review of the motion, the Court hereby **ORDERS** as follows:

      The motion is GRANTED.  Defendant GMAC Mortgage shall have through and including **January 24, 2011** to answer or otherwise respond to Plaintiff's Complaint.

      **SO ORDERED** this _____ day of _____, 2011.

      **BY THE COURT:**

_____
District Court Judge

{ 00963950.1 07303-0058 1/3/2011 4:42:47 PM }

**Exhibit B-22**

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO El Paso County District Court 4th JD |
| **Judge:** | Kirk Stewart Samelson |
| **File & Serve Transaction ID:** | 35159303 |
| **Current Date:** | Jan 04, 2011 |
| **Case Number:** | 2010CV41 |
| **Case Name:** | KAPLAN, MARC HARRIS vs. GMAC MORTGAGE CORPORATION et al |
| **Court Authorizer:** | Kirk Stewart Samelson |