***GRANTED***
Within 10 days from the date of this order, the moving party is directed to furnish a copy of this order to any pro se party who has entered an appearance in this action.

*Kirk S. Samelson*
Kirk S. Samelson
District Court Judge
Date of order indicated on attachment

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br><br>Court Address:  270 South Tejon St.<br>                 Colorado Springs, CO 80903 | **EFILED Document**<br>**CO El Paso County District Court 4th JD**<br>**Filing Date: Jan  4 2011 11:45AM MST**<br>**Filing ID: 35173548**<br>**Review Clerk: Kathy Livornese** |
| **Plaintiff**:  MARC HARRIS KAPLAN<br><br>v.<br><br>**Defendants**: GMAC MORTGAGE CORPORATION, *et al.* | ▲    COURT USE ONLY    ▲ |
| | Case Number: 10cv41<br><br>Division:  14          Courtroom: |

### [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION TO QUASH SERVICE AND/OR RESPONSE TO PLAINTIFF'S COMPLAINT

THE COURT, having reviewed Defendants The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Co., N.A., JPMorgan Chase Bank, N.A., R.K. Arnold, individually and in his official capacity as President/CEO Mortgage Electronic Registration Systems, Inc. and John Vella, individually and in his official capacity as President/CEO of EMC Mortgage Corporation's (collectively, the "Chase Defendants") Motion for Extension of Time to File Motion to Quash Service and/or Response to Plaintiff's Complaint (the "Motion"), and being advised in the premises, HEREBY

ORDERS that the Motion shall be is hereby GRANTED.  The Chase Defendants shall have an extension of time, through and including January 21, 2011, to file their Motion to Quash Service and/or a response to Plaintiff Marc Harris Kaplan's Civil Complaint.

DONE and ENTERED this ____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

4837-3474-1512.1

**Exhibit B-23**

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO El Paso County District Court 4th JD |
| **Judge:** | Kirk Stewart Samelson |
| **File & Serve Transaction ID:** | 35162113 |
| **Current Date:** | Jan 04, 2011 |
| **Case Number:** | 2010CV41 |
| **Case Name:** | KAPLAN, MARC HARRIS vs. GMAC MORTGAGE CORPORATION et al |
| **Court Authorizer:** | Kirk Stewart Samelson |

**Court Authorizer Comments:**

Chase will mail a copy of this order to all parties not served by LNFS.