| *GRANTED*<br>Within 10 days from the date of this order, the moving party is directed to furnish a copy of this order to any pro se party who has entered an appearance in this action. | *Kirk S. Samelson*<br>Kirk S. Samelson<br>District Court Judge<br>Date of order indicated on attachment |
|---|---|

**EFILED Document**
**CO El Paso County District Court 4th JD**
**Filing Date: Jan  5 2011 10:13AM MST**
**Filing ID: 35197486**
**Review Clerk: Kathy Livornese**

| **DISTRICT COURT, EL PASO COUNTY, STATE OF COLORADO**<br><br>Court Address:<br>270 South Tejon<br>P.O. Box 2980<br>Colorado Springs, Colorado  80903 | |
|---|---|
| **Plaintiff:**<br>MARC HARRIS KAPLAN<br><br>v.<br><br>**Defendants:**<br>GMAC MORTGAGE CORPORATION, et al. | ▲**COURT USE ONLY**▲ |
| | Case Number:  10CV41<br><br>Division/Courtroom:  14 |
| **ORDER GRANTING AMENDED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** | |

    **THIS MATTER** comes before the Court on the GMAC Defendants' Amended Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.  Upon review of the motion, the Court hereby **ORDERS** as follows:

    The motion is GRANTED.  The GMAC Defendants shall have through and including **January 24, 2011** to answer or otherwise respond to Plaintiff's Complaint.

    **SO ORDERED** this _____ day of _____, 2011.

                **BY THE COURT:**

                _____
                District Court Judge

{ 00963950.1 07303-0058 1/4/2011 2:02:58 PM }

**Exhibit B-28**

This document constitutes a ruling of the court and should be treated as such.

|                              |                                                    |
|-----------------------------:|:---------------------------------------------------|
| **Court:**                   | CO El Paso County District Court 4th JD            |
| **Judge:**                   | Kirk Stewart Samelson                              |
| **File & Serve Transaction ID:** | 35179113                                       |
| **Current Date:**            | Jan 05, 2011                                       |
| **Case Number:**             | 2010CV41                                           |
| **Case Name:**               | KAPLAN, MARC HARRIS vs. GMAC MORTGAGE CORPORATION et al |
| **Court Authorizer:**        | Kirk Stewart Samelson                              |