***GRANTED***
Within 10 days from the date of this order, the moving party is directed to furnish a copy of this order to any pro se party who has entered an appearance in this action.

*Kirk S. Samelson*
Kirk S. Samelson
District Court Judge
Date of order indicated on attachment

**EFILED Document**
**CO El Paso County District Court 4th JD**
**Filing Date: Jan 12 2011  8:24AM MST**
**Filing ID: 35327129**
**Review Clerk: Kathy Livornese**

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 South Tejon St.<br>Colorado Springs, CO 80903<br>Telephone: 719-448-7650 | |
| **Plaintiff:** MARC HARRIS KAPLAN<br><br>vs.<br><br>**Defendants:** GMAC MORTGAGE CORPORATION, et al.<br><br>Lori L. Seago, #29458<br>OFFICE OF THE COUNTY ATTORNEY<br>OF EL PASO COUNTY, COLORADO<br>27 E. Vermijo Avenue, 3rd Floor<br>Colorado Springs, CO 80903<br>Telephone: (719)520-6485<br>Fax: (719)520-6487 | ▲COURT USE ONLY▲<br><br>Case No.: 2010 CV 41<br><br>Div. 14    Ctrm. S502 |
| **ORDER** | |

THE COURT, having considered the Defendant Public Trustee's Motion to Dismiss regarding the above-captioned matter and being fully apprised in the premises,

HEREBY ORDERS that all claims against the Public Trustee are dismissed.

SIGNED BY THE COURT this ___ day of January, 2011.

                          BY THE COURT:

                          _____
                          Honorable Kirk Samelson
                          District Court Judge

**Exhibit B-37**

**This document constitutes a ruling of the court and should be treated as such.**

|  |  |
|--|--|
| **Court:** | CO El Paso County District Court 4th JD |
| **Judge:** | Kirk Stewart Samelson |
| **File & Serve Transaction ID:** | 35196629 |
| **Current Date:** | Jan 12, 2011 |
| **Case Number:** | 2010CV41 |
| **Case Name:** | KAPLAN, MARC HARRIS vs. GMAC MORTGAGE CORPORATION et al |
| **Court Authorizer:** | Kirk Stewart Samelson |

**Court Authorizer Comments:**

No timely response was filed. The motion to dismiss is granted for the reasons set forth in the motion to dismiss. The Public trustee will mail a copy of this order to all unrepresented parties.