IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00100-MSK-MEH

MARC HARRIS KAPLAN, *Sui Juris*,

    Plaintiff,

v.

GMAC MORTGAGE CORPORATION,
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., formerly known as The Bank of New York Trust Company, N.A.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2011.**

    Defendants' Motion for Entry of Defendants' Revised Scheduling Order [filed March 16, 2011; docket #49] is **denied**. Since its order of March 17, 2011, the Court has received proposed Scheduling Orders from both Plaintiff and Defendants. The Court has determined that it will enter a Scheduling Order in accordance with the dates set and discussion held at the Scheduling Conference on March 11, 2011.